IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ST. LOUIS HEART CENTER, INC., individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>WARNER CHILCOTT CORPORATION and JOHN DOES 1-10,<br><br>Defendants. | Cause No. 4:15-cv-01826-JAR |

### PLAINTIFF ST. LOUIS HEART CENTER, INC.'S DISMISSAL OF INDIVIDUAL CLAIMS WITH PREJUDICE OF ITS CLAIM AGAINST DEFENDANT WARNER CHILCOTT CORPORATION AND WITHOUT PREJUDICE OF ITS CLAIM AGAINST DEFENDANT JOHN DOES 1-10

COMES NOW Plaintiff, St. Louis Heart Center, Inc., with consent of Defendant Warner Chilcott Corporation, and pursuant to Rule 41(a)(1)(A)(ii) hereby dismisses its individual claims against Warner Chilcott Corporation **with prejudice** and its putative class claims **without prejudice**. John Does 1-10 are hereby dismissed **without prejudice**. No notice needs to be issued to the putative class under Rule 23 because there has been no finding that this action can proceed as a class action, and no class has been certified herein. Each party shall bear its own costs.

**SO ORDERED:**

_____          7/28/2017
JUDGE JOHN A. ROSS                              DATE

| | |
|---|---|
| /s/ Max G. Margulis<br>Max G. Margulis, #24325MO<br>**MARGULIS LAW GROUP**<br>28 Old Belle Monte Rd.<br>Chesterfield, MO 63017<br>P:  (636) 536-7022 - Residential<br>F:  (636) 536-6652 - Residential<br>E-Mail:  MaxMargulis@MargulisLaw.com<br><br>Brian J. Wanca, # 3126474IL<br>Anderson + Wanca<br>3701 Algonquin Road, Suite 500<br>Rolling Meadows, IL  60008<br>P:  (847) 368-1500<br>F:  (847) 368-1501<br>E-mail:  bwanca@andersonwanca.com<br><br>*Attorneys for Plaintiff* | /s/ Eric L. Samore<br>Eric L. Samore, ARDC #6181345IL<br>Yesha S. Hoeppner, ARDC #6304109IL<br>SmithAmundsen, LLC<br>150 North Michigan Avenue, Suite 3300<br>Chicago, Illinois 60601<br>Telephone: 312-894-3200<br>Fax: 312-894-3210<br>Email: Esamore@salawus.com<br>            Yhoeppner@salawus.com<br><br>*Attorneys for Defendant WARNER CHILCOTT CORPORATION* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of July, 2017, I submitted the foregoing via this Court's CM/ES system, which served notice of the filing on the Attorneys for Defendant, Eric L. Samore, Yesha S. Hoeppner, SmithAmundsen, LLC, 150 North Michigan Avenue, Suite 3300, Chicago, Illinois 60601, Telephone: 312-894-3200, Fax: 312-894-3210, Email: Esamore@salawus.com, Yhoeppner@salawus.com and a courtesy copy was also served by email.

/s/ Max G. Margulis